**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Darrell L. Anderson; Michael L. Anderson; Bemmels Farm, Inc.; Black Bros. Farms; Jeff Brouwer; Todd W. Cole; Douglas Erickson; Edward J. Fahey; Duane Hultgren; Nancy Hultgren; Nathaniel Hultgren; Robert Kiecker; Stephen Kiecker; Warren Kiecker; Scott R. Kiecker; Kittleson Grain & Beets; Kenneth Kittleson; Wade Kittleson; Kleven Farms Inc.; Kleven Hog Farm, Inc.; Gunval Knudson; Knudson Bros. Partnership; Ronald Koenen; Scott Kohler; Thomas Morley; Thomas F. Palke; Alan Panitzke; Steven Panitzke; Sachariason Farms, Inc.; Edward O' Sachariason; Jason Sachariason; Scott Sachariason; Gerald Scheurer; Steven Sederstrom; Hawk Creek Farms Inc.; David Springer; Dean Swigart; Taatjes Farms, Inc.; David Telford; Arthur Warner,

Civil No. 01-1636 (DWF/SRN)

Plaintiffs,

v.

**ORDER**

Farmers Alliance Mutual Insurance Company,

Defendant.

---

Daniel J. Brown, Esq., and George G. Eck, Esq., Dorsey & Whitney, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402-1498, counsel for Plaintiffs.

Jennifer J. Coleman, Esq., Kristin L. Farnen, Esq., and Matthew J. Salzman, Esq., Stinson Morrison Hecker, 2600 Grand Avenue, Kansas City, MO 64108-4606; P. John Owen, Esq., National Crop Insurance Services, Inc., General Counsel, 7201 West 129th Street, Suite 200, Overland Park, KS 66213; and Thomas H. Boyd, Esq., Winthrop & Weinstine, 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402-4629, counsel for Defendant.

---

Based upon Plaintiffs' and Defendant's Stipulation of Dismissal With Prejudice (Doc. No. 50) that has been signed by the parties' respective counsel,

**IT IS HEREBY ORDERED**:

1. Plaintiffs' Complaint in the above-captioned matter is **DISMISSED WITH PREJUDICE** and each party is to bear his/her/its own costs, including attorney fees; and

2. This dismissal does not constitute a dismissal of, and it will have no effect upon, Defendant's remaining claims against any other party, including but not limited to its claims for indemnification against the Federal Crop Insurance Corporation asserted herein in its Third-Party Complaint, which claims Defendant has expressly retained and reserved.

Dated: December 29, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court